FILED

08 JAN -2 PM 2:41

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

January 2007 Grand Jury

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Criminal Case No. '08 CR 0019 LAB |
| Plaintiff, ) | |
| ) | I N D I C T M E N T |
| v. ) | Title 21, U.S.C., Secs. 952 and |
| ) | 960 - Importation of Marijuana; |
| SALVADOR BARAJAS-CRUZ, ) | Title 21, U.S.C., Sec. 841(a)(1) - |
| ) | Possession of Marijuana with |
| Defendant. ) | Intent to Distribute |

The grand jury charges:

Count 1

On or about October 29, 2007, within the Southern District of California, defendant SALVADOR BARAJAS-CRUZ did knowingly and intentionally import approximately 13.22 kilograms (approximately 29.08 pounds) of marijuana, a Schedule I Controlled Substance, into the United States from a place outside thereof; in violation of Title 21, United States Code, Sections 952 and 960.

//
//
//
//
//

CPH:fer:Imperial
12/28/07

Count 2

On or about October 29, 2007, within the Southern District of California, defendant SALVADOR BARAJAS-CRUZ did knowingly and intentionally possess, with intent to distribute, approximately 13.22 kilograms (approximately 29.08 pounds) of marijuana, a Schedule I Controlled Substance; in violation of Title 21, United States Code, Section 841(a)(1).

DATED: January 2, 2008.

A TRUE BILL:

_____
Foreperson

KAREN P. HEWITT
United States Attorney

By: _____
CAROLINE P. HAN
Assistant U.S. Attorney