FILED
08 JAN -2 PM 2:41

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Criminal Case No. '08 CR 0019 LAB |
| Plaintiff, ) | |
| v. ) | NOTICE OF RELATED CASE |
| SALVADOR BARAJAS-CRUZ, ) | |
| Defendant. ) | |

TO THE CLERK OF THE COURT:

Please take notice that the above-entitled case is related to <u>United States of America v. Salvador Barajas-Cruz</u>, Criminal Case No. 07CR3203-LAB.

DATED: January 2, 2008.

KAREN P. HEWITT
United States Attorney

CAROLINE P. HAN
Assistant U.S. Attorney