KAREN P. HEWITT
United States Attorney
STEWART M. YOUNG
Assistant U.S. Attorney
California State Bar No. 234889
United States Attorney's Office
880 Front Street, Room 6293
San Diego, California 92101-8893
Telephone: (619) 557-6228 /(619) 557-6741 (Fax)
Email: stewart.young@usdoj.gov@usdoj.gov

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Criminal Case No. 08-CR-0019 LAB |
|---|---|---|
| Plaintiff, | ) | |
| | ) | NOTICE OF APPEARANCE |
| v. | ) | |
| SALVADOR BARAJAS-CRUZ, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

TO THE CLERK OF COURT AND ALL PARTIES OF RECORD:

I, the undersigned attorney, enter my appearance as lead counsel in the above-captioned case.

I certify that I am admitted to practice in this court or authorized to practice under CivLR 83.3.c.3-4.

The following government attorneys (who are admitted to practice in this court or authorized to practice under CivLR 83.3.c.3-4) are also associated with this case, should be listed as lead counsel for CM/ECF purposes, and should receive all Notices of Electronic Filings relating to activity in this case:

| Name | CBN | Tele. No. | Email Address |
|---|---|---|---|
| N/A | | | |

1

2

     Effective this date, <u>the following attorneys are no longer associated with this case</u> and should

3

<u>not</u> receive any further Notices of Electronic Filings relating to activity in this case:

4

| Name | CBN | Tele. No. | Email Address |
|------|-----|-----------|---------------|
| N/A  |     |           |               |

5

6

7     DATED: January 8, 2008

8                            Respectfully submitted,

9

10                          KAREN P. HEWITT
United States Attorney

11

12                          s/ *Stewart M. Young*
STEWART M. YOUNG

13                          Assistant United States Attorney

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28     Notice of Appearance
United States v. Barajas-Cruz          2          08-CR-0019 LAB

1

UNITED STATES DISTRICT COURT

2

SOUTHERN DISTRICT OF CALIFORNIA

3

UNITED STATES OF AMERICA,                    Case No. 08-CR-0019 LAB

4

    Plaintiff

5

    v.                                               CERTIFICATE OF SERVICE

6

SALVADOR BARAJAS-CRUZ,

7

    Defendant.

8

9

IT IS HEREBY CERTIFIED THAT:

10

    I, STEWART M. YOUNG, am a citizen of the United States and am at least eighteen years

11

of age.  My business address is 880 Front Street, Room 6293, San Diego, California 92101-8893.

12

    I am not a party to the above-entitled action.  I have caused service of NOTICE OF

APPEARANCE on the following parties by electronically filing the foregoing with the Clerk of

13

the District Court using its ECF System, which electronically notifies them.

14

    1.   Jodi Thorp, Esq.

    Jodithorp@thorplawoffice.com

15

    I declare under penalty of perjury that the foregoing is true and correct.

16

    Executed on January 8, 2008.

17

    s/ *Stewart M. Young*

18

    STEWART M. YOUNG

19

20

21

22

23

24

25

26

27

28