1 **JODI DENISE THORP**
California State Bar No. 223663
2 427 C Street, Ste. 300
San Diego, California  92101-5008
3 Telephone:  (619) 233-3169
jodithorp@thorplawoffice.com
4

5 Attorneys for Mr. Barajas-Cruz

6

7

8 UNITED STATES DISTRICT COURT

9 SOUTHERN DISTRICT OF CALIFORNIA

10 **(HONORABLE LARRY A. BURNS)**

11 UNITED STATES OF AMERICA,        )   CASE NO. 08CR0019-LAB
                                   )
12         Plaintiff,               )   DATE:  January 22, 2008
                                   )   TIME:   2:00 p.m.
13 v.                               )
                                   )   MOTION FOR ORDER TO SHORTEN TIME.
14 SALVADOR BARAJAS-CRUZ,           )
                                   )
15         Defendant.               )
                                   )
16

17 TO:       KAREN HEWITT, UNITED STATES ATTORNEY;
          STEWART YOUNG, ASSISTANT UNITED STATES ATTORNEY:
18

19         The above-named defendant, by and through counsel, moves this Court for an order shortening

20 time in Defendant's notice of motions and motion to six (6) days, to be heard January 22, 2008, 2:00 p.m., or

21 as soon thereafter as counsel may be heard, for the following reasons stated in that attached declaration of

22 counsel.

23
                                          Respectfully submitted,
24

25                                         s/ Jodi D. Thorp
   DATED:  January 15, 2008                JODI THORP
26                                         Attorneys for Mr. Barajas-Cruz
                                          jodithorp@thorplawoffice.com
27

28