**JODI D. THORP**
California State Bar No. 223663
Law Offices of Jodi Thorp
427 C. Street, Suite #300
San Diego, California  92101
Telephone:  (619) 233-3169, x.16

Attorneys for Mr. Barajas-Cruz

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE LARRY A. BURNS)**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 08CR0019-LAB |
| Plaintiff, | ) | |
| v. | ) | DECLARATION OF COUNSEL IN SUPPORT OF MOTION TO SHORTEN TIME |
| SALVADOR BARAJAS-CRUZ | ) | |
| Defendant. | ) | |

I, Jodi D. Thorp, hereby declare as follows:

1. I was appointed to represent Mr. Barajas in the above-captioned case.

2. In late December 2007 and early January 2008, I was ill for approximately two weeks.

3. At that time, Mr. Barajas' case had not yet been indicted.

4. Mr. Barajas' case was subsequently indicted on January 2, 2008.

5. He was arraigned on the indictment on January 4, 2008.

6. The magistrate judge set the motion hearing less than three weeks from the date of the arraignment on the indictment due to this being part of a related case with a previously scheduled motion hearing date.

7. I needed time to file motions in this case.

I swear that, to the best of my knowledge and memory, the foregoing is true and correct.

Dated: January 15, 2008                              s/    *Jodi Thorp*
                                                              Jodi Thorp