1 **JODI DENISE THORP**
California State Bar No. 223667
2 427 "C" Street, Suite 300
San Diego, California 92101
3 Telephone: (619) 233-3169
Fax: (619) 223-3569
4 email: jodithorp@thorplawoffice.com

5 Attorneys for Mr. Barjas-Cruz

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE LARRY A. BURNS)**

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 08CR0019-LAB |
| Plaintiff, | |
| | DATE: January 22, 2008 |
| v. | |
| | TIME: 2:00 p.m. |
| SALVADOR BARAJAS-CRUZ, | |
| Defendant. | CERTIFICATE OF SERVICE |

Counsel for Defendant certifies that the foregoing pleading is true and accurate to the best of her information and belief, and that a copy of the foregoing document has been served this day upon:

Stewart Young, Assistant Untied States Attorney
stewart.young@usdoj.gov,efile.dkt.gc1@usdoj.gov,kathleen.jordano@usdoj.gov

DATED:     January 15, 2008            /s/ Jodi D. Thorp
                                       JODI D. THORP
                                       Attorneys for Mr. Barajas-Cruz