1  **JODI DENISE THORP**
   California State Bar No. 223663
2  427 C Street, Ste. 300
   San Diego, California  92101-5008
3  Telephone:  (619) 233-3169
   jodithorp@thorplawoffice.com
4

5  Attorneys for Mr. Barajas-Cruz

6

7

8                    UNITED STATES DISTRICT COURT

9                   SOUTHERN DISTRICT OF CALIFORNIA

10                    **(HONORABLE LARRY A. BURNS)**

11 | UNITED STATES OF AMERICA,        ) | Case No.:  08CR0019-LAB
                                     )
12 |        Plaintiff,                ) | Date:    January 22, 2008
                                     ) | Time:    2:00 p.m.
13 | v.                               )
                                     ) | **NOTICE OF MOTIONS AND**
14 | SALVADOR BARAJAS-CRUZ,           ) | **MOTIONS TO:**
                                     )
15 |                                  ) | **(1) DISMISS INDICTMENT DUE TO THE**
   |        Defendant.                ) |     **UNCONSTITUTIONALITY OF THE**
16 |                                  ) |     **CHARGING STATUTES;**
                                     ) | **(2) DISMISS THE INDICTMENT DUE TO**
17 |                                  ) |     **MISINSTRUCTION OF THE GRAND**
                                     ) |     **JURY;**
18 |                                  ) | **(3) PRESERVE AND INSPECT EVIDENCE;**
                                     ) | **(4) COMPEL DISCOVERY;**
19 |                                  ) | **(5) SUPPRESS STATEMENTS; AND,**
                                     ) | **(6) GRANT LEAVE TO FILE FURTHER**
20 |                                  ) |     **MOTIONS**

21 TO:    KAREN P. HEWITT, UNITED STATES ATTORNEY; AND
          STEWART YOUNG, ASSISTANT UNITED STATES ATTORNEY:
22

23        **PLEASE TAKE NOTICE** that on January 22, 2008, at 2:00 p.m., or as soon thereafter as counsel

24 may be heard, the accused, Salvador Barajas-Cruz, by and through his attorney, Jodi Denise Thorp, will ask

25 this Court to enter an order granting the motions outlined below.

26 //

27 //

28

                                                                            08CR0019-LAB

**MOTIONS**

Defendant, Mr. Barajas-Cruz, by and through his attorneys, Jodi Denise Thorp, pursuant to the United States Constitution, the Federal Rules of Criminal Procedure, and all other applicable statutes, case law and local rules, hereby moves this Court for an order to:

(1) Dismiss the Indictment Due to the Unconstitutionality of the Charging Statutes;
(2) Dismiss the Indictment Due to Misinstruction of the Grand Jury;
(3) Preserve and Inspect Evidence;
(4) Compel Discovery;
(5) Suppress Statements; and,
(6) Grant Leave to File Further Motions.

These motions are based upon the instant motions and notice of motions, the attached statement of facts and memorandum of points and authorities, and any and all other materials that may come to this Court's attention at or before the time of the hearing on these motions.

Respectfully submitted,

DATED: January 15, 2008

*s/ Jodi Denise Thorp*
JODI DENISE THORP
Attorneys for Mr. Barajas-Cruz
E-mail: jodi_thorp@fd.org