```
 1   KAREN P. HEWITT
     United States Attorney
 2   STEWART M. YOUNG
     Assistant U.S. Attorney
 3   California State Bar No. 234889
     United States Attorney's Office
 4   880 Front Street, Room 6293
     San Diego, California 92101-8893
 5   Telephone: (619) 557-6228 / (619) 557-6741(Fax)
     Email: stewart.young@usdoj.gov
 6
     Attorneys for Plaintiff
 7   United States of America
```

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Criminal Case No. 3:08-CR-0019-LAB |
|---|---|---|
| Plaintiff, | ) | DATE: January 22, 2008 |
| | ) | TIME: 9:30 a.m. |
| v. | ) | |
| | ) | MOTION FOR ORDER SHORTENING TIME |
| SALVADOR BARAJAS-CRUZ, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

The United States moves this Court for an order shortening time to defendant's sentencing memorandum to five (5) days, to be heard January 22, 2008, at 9:30 a.m., or as soon thereafter as counsel may be heard, for the following reason:

(1)  Defendant filed his motions on January 15, 2008, and the United States required one day to respond to those motions and file its motion for reciprocal discovery.

DATED: January 17, 2008.

                                          Respectfully submitted,

                                          KAREN P. HEWITT
                                          United States Attorney

                                          s/Stewart M. Young
                                          Stewart M. Young
                                          Assistant United States Attorney
                                          Attorneys for Plaintiff
                                          United States of America

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 3:08-CR-0019 LAB |
| Plaintiff, ) | |
| v. ) | |
| ) | CERTIFICATE OF SERVICE |
| SALVADOR BARAJAS-CRUZ, ) | |
| Defendant. ) | |

IT IS HEREBY CERTIFIED THAT:

I, Stewart M. Young, am a citizen of the United States and am at least eighteen years of age. My business address is 880 Front Street, Room 6293, San Diego, California 92101-8893.

I am not a party to the above-entitled action. I have caused service of the Motion for Order Shortening Time on the following parties by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically notifies them.

1. Jodi Thorp, Esq.
   Jodithorp@thorplawoffice.com

I declare under penalty of perjury that the foregoing is true and correct.

Executed on January 17, 2008.

s/Stewart M. Young
Stewart M. Young

2