# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>SALVADOR BARAJAS-CRUZ,<br><br>  Defendant. | Criminal Case No. 3:08-CR-0019-LAB<br><br>**ORDER SHORTENING TIME** |

IT IS HEREBY ORDERED that the time for the filing of the Government's Response and Opposition to Defendant's Request for Departures be shortened to 5 days before the date set for motion hearing/trial setting.

DATED: February 21, 2008

*[signature]*

**HONORABLE LARRY ALAN BURNS**
United States District Judge